| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  IPG Franchising Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  59-3715530

**4. Debtor's address**

Principal place of business

800 Celebration Avenue
Unit 202A
Celebration, FL 34747
Number, Street, City, State & ZIP Code

Osceola
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  www.vacationrentalfranchising.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **IPG Franchising Inc.**   Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor      IPG Franchising Inc.  
          Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes.  Insurance agency _____  
        Contact name _____  
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  IPG Franchising Inc.                                           Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 8, 2025
               MM / DD / YYYY

**X** /s/ Jamie Greene                                      Jamie Greene
Signature of authorized representative of debtor            Printed name

Title   Chief Operating Officer

**18. Signature of attorney**

**X** /s/ Chad Van Horn                                     Date  August 8, 2025
Signature of attorney for debtor                                  MM / DD / YYYY

Chad Van Horn
Printed name

Van Horn Law Group, P.A.
Firm name

500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
Number, Street, City, State & ZIP Code

Contact phone  (954) 765-3166      Email address  chad@cvhlawgroup.com

64500 FL
Bar number and State

Fill in this information to identify the case:

Debtor name: IPG Franchising Inc.

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arsenal (AKA Prosperum) Funding 8 W 36th St, Fl 7 New York, NY 10018 | | | | | | $69,745.00 |
| Calusa Investments & Holdings LLC 951 BRICKEL AVE # 1210 Miami, FL 33131 | | | | | | $71,480.00 |
| Chase Bank Term Loan PO Box 9176 Coppell, TX 75019 | | | | | | $102,000.00 |
| Chase Ink Unlimitd Credit Card P.O. Box 6294 Carol Stream, IL 60197 | | | | | | $87,063.20 |
| Craig Osborne 65 Ovedale Road Enfield Middx EN2 6HB England | | Judgment | | | | $6,989.20 |
| EOS, LLC 500 KNIGHTS RUN AE APT 1105 Tampa, FL 33602 | | | | | | $162,168.18 |
| Epic Funding 1323 Lafayette St STE D Cape Coral, FL 33904 | | | | | | $51,300.00 |
| Florida Smart Property Solutions LLC 8297 CHAMPIONS GATE BLVD PMB 484 Davenport, FL 33896 | | | | | | $116,035.69 |

Debtor  IPG Franchising Inc.                                  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| IJP Ventures LLC<br>2988 Sequoyah Dr<br>Haines City, FL 33844 | | | | | | $250,000.00 |
| iLend Funding<br>7257 S Tucson Way<br>Englewood, CO 80112 | | | | | | $73,858.96 |
| JALTO Property Management Corp<br>7724 FOURAKER ROAD<br>Bryceville, FL 32009 | | | | | | $85,551.00 |
| Key Properties Solution LLC<br>1955 GULF OF MEXICO DRIVE UNIT 312<br><br>Longboat Key, FL 34228 | | | | | | $420,000.00 |
| LoanBuilder (PayPal)<br>3505 Silverside Rd.<br>Wilmington, DE 19810 | | | | | | $15,110.86 |
| Magical Blue Fun, LLC<br>320 PINK IBIS BEND<br>Saint Cloud, FL 34769 | | | | | | $137,166.66 |
| OAT Financial<br>25 Kent Ave, Suite 401<br>Brooklyn, NY 11249 | | | | | | $75,000.00 |
| Ohpea, LLC<br>2157 Davenport Blvd.<br>Davenport, FL 33837 | | Franchise agreement | | | | $0.00 |
| Peters Property Concirge LLC<br>3320 East Zolin Ave.<br>Pahrump, NV 89061 | | | | | | $134,619.87 |
| ZB Property Group LLC<br>1895 Tyler St Ste 404<br>Hollywood, FL 33020 | | | | | | $150,000.00 |

23 Property Holdings LLP
800 Celebration Ave Unit 202A
Kissimmee, FL 34747


A&R GROUP OF PTY'S
3123 Armstrong Ave
Clermont, FL 34714


Admiral Realty Management LLC
3250 MARY STREET Suite 102
Miami, FL 33133


AFH Funding LLC
221 River Street
Hoboken, NJ 07030


Alpha Housing Management LLC
18788 SW 79th Avenue
Miami, FL 33157


Antaraju LLC
1900 N BAYSHORE DR., STE. 1A #136-1477
Miami, FL 33132


ANVATHI, LLC
4515 Cypress Cay Way
Kissimmee, FL 34746


Arsenal (AKA Prosperum) Funding
8 W 36th St, Fl 7
New York, NY 10018


Bambu Property Management LLC
19485 40th Ct
North Miami Beach, FL 33160


Belhk LLC
2295 S HIAWASSEE RD 104
Orlando, FL 32835


BEN KLEB, LLC
1846 NE 211 TH LN
Miami, FL 33179


BERNARDO BABATZ LLC
8040 Tibet Butler Drive
Windermere, FL 34786


Best of All Things LLC
2157 DAVENPORT BLVD
Davenport, FL 33837


BLANCHE INTL CORP
11121 SW 172 TER
Miami, FL 33157

Blueberry Coast LLC
186 Nine Iron Dr.
Davenport, FL 33896


BOEDO FAMILY LLC
7625 DANUBE RD
Kissimmee, FL 34747


BPIPG LLC
8132 West Irlo Bronson Memorial Highway
Kissimmee, FL 34747


Calusa Investments & Holdings LLC
951 BRICKEL AVE # 1210
Miami, FL 33131


Canfield Capital LLC
30 N. Gould Street
Sheridan, WY 82801


Chase Bank Term Loan
PO Box 9176
Coppell, TX 75019


Chase Ink Unlimitd Credit Card
P.O. Box 6294
Carol Stream, IL 60197


Corp. Service Co., as Representative
UCC#202403246822
PO Box 2576
Springfield, IL 62708


Craig Osborne
65 Ovedale Road
Enfield Middx EN2 6HB England


CT Corporation System, as Representative
Attn:   SPRS
UCC#202400865092
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


DECORUZ Design LLC
660 CELEBRATION AVE STE 110E
Kissimmee, FL 34747


DMT BLACK LLC
701 BRICKELL AVENUE, 17TH FLOOR
Miami, FL 33131


Endless Summers Property Mgmt LLC
800 Celebration Ave Unit 202A
Kissimmee, FL 34747

```
EOS, LLC
500 KNIGHTS RUN AE APT 1105
Tampa, FL 33602


Epic Advance
311 Boulevard of the Americas
Suite 203
Lakewood, NJ 08701


Epic Funding
1323 Lafayette St STE D
Cape Coral, FL 33904


ETXE Management LLC
18788 SW 79th Avenue
Miami, FL 33157


FLORENCIA BERMUDEZ
2915 Biscayne Blvd 200-71
Miami, FL 33137


Florida Smart Property Solutions LLC
8297 CHAMPIONS GATE BLVD PMB 484
Davenport, FL 33896


FORLANDO LLC
7901 4TH ST N STE 300
Saint Petersburg, FL 33702


FORTUNATE VENTURES LLC
1701 PONCE DE LEON BLVD SUITE 303
Miami, FL 33134


GPI Visions Management & Rentals LLC
800 Celebration Avenue
Kissimmee, FL 34747


Graham David Greene
820 Hedgegate Court
Roswell, GA 30075


GREAT OR LLC
3350 SW 148TH AVE STE 134
Hollywood, FL 33027


Happy Place Florida LLC
2157 DAVENPORT BLVD.
Davenport, FL 33837


HORMIGUITA Investments LLC
7950 NW 53rd ST SUITE 337
Miami, FL 33166


IJP Ventures LLC
2988 Sequoyah Dr
Haines City, FL 33844
```

iLend Funding
7257 S Tucson Way
Englewood, CO 80112


JALTO Property Management Corp
7724 FOURAKER ROAD
Bryceville, FL 32009


JPH Property Management and Services LLC
421 langham dr
Davenport, FL 33897


JPMorgan Chase Bank, N.A.
PO Box 6026
IL1-1145
Chicago, IL 60680-6026


KAIG LLC
5321 Carole Ridge Ct
94534


Key Enterprises LLC
230 PRESTON AVE.
Davenport, FL 33837


Key Lime Getaways LLC
400 5th Ave. South Suite 200
34102


Key Properties Solution LLC
1955 GULF OF MEXICO DRIVE UNIT 312
Longboat Key, FL 34228


KOUGETSU LLC
7901 4th St N STE 300
Saint Petersburg, FL 33702


KUO Vacation Homes, LLC
18700 SE 59th St
Newalla, OK 74857


Lavdanskii Real Estate LLC
150 S Bryan Rd Apt 704
Dania, FL 33004


LIPCOR PM INC
15123 SUNNY DAY DRIVE
Bradenton, FL 34211


LoanBuilder (PayPal)
3505 Silverside Rd.
Wilmington, DE 19810


Magical Blue Fun, LLC
320 PINK IBIS BEND
Saint Cloud, FL 34769

Master Investments of America LLC
1908 E OSCEOLA PKWY UNIT # 255
Kissimmee, FL 34743


Matthew Fornaro PA
11555 Heron Bay Blvd #200
Pompano Beach, FL 33076


Mouse Properties LLC
7901 4TH ST N STE 300
Saint Petersburg, FL 33702


NC Property Management LLC
7614 NE 4th Ct
Miami, FL 33137


Neyer LLC
16420 Fernridge St
Clermont, FL 34714


OAT Financial
25 Kent Ave, Suite 401
Brooklyn, NY 11249


Ohpea, LLC
2157 Davenport Blvd.
Davenport, FL 33837


Omega Enterprises USA LLC
5674 ORANGE ORCHARD DR
Winter Garden, FL 34787


ORLANDO RENTO SANO
433 NORTH LOOP WEST FWY
Houston, TX 77008


Peters Property Concirge LLC
3320 East Zolin Ave.
Pahrump, NV 89061


R&B Property Management LLC
5600 NW 36TH STREET 100
Miami, FL 33166


Residential Mkt & Mgmt LLC
800 W CYPRESS CREEK RD SUITE 270
Fort Lauderdale, FL 33309


ROYAL RULE Property Group LLC
400 5TH AVENUE SOUTH SUITE 200
Naples, FL 34102


SANTA VIRGINA Investment Corp
501 SW 91ST CT
Miami, FL 33174

SF PROPERTIES Management LLC
15701 Collins Ave Apt 3603
North Miami Beach, FL 33160


SKS Investment and Management LLC
701 BRICKELL AVENUE, 17TH FLOOR
33131


SMNM Holding LLC
20294 CASTLE STUART AVE
Boca Raton, FL 33434


SUCEED HOUSING DEV LLC
Kachidoki 5-3-1-4922 Chuo-ku Tokyo 10400


SUNNY WALKER LLC
7901 4TH ST N STE 300
Saint Petersburg, FL 33702


Taiba Holdings LLC
701 BRICKELL AVENUE, SUITE 3300
Miami, FL 33131


Thyssen Enterprises LLC
7070 Spring Park Drive
Winter Garden, FL 34787


Tomodati LLC
160 PRIMROSE DRIVE
Davenport, FL 33837


Unza Florida MG, LLC
2025 Brickell Ave 1605
Miami, FL 33129


VISADA LLC
12305 REGAL LILY LN
Orlando, FL 32827


WEST VALLEY USA LLC
1395 Saratoga Ave Apartment 37
San Jose, CA 95129


Woizik Enterprises LLC
101 E. KENNEDY BOULEVARD, SUITE 2700
Tampa, FL 33602


ZB Property Group LLC
1895 Tyler St Ste 404
Hollywood, FL 33020


ZHOU VACATION HOMES
7901 4th St N Ste 300
Saint Petersburg, FL 33702

```
Zoom Property Group LLC
3250 MARY STREET Suite 102
Miami, FL 33133
```